UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 22-13205
1600 Hicks Road, LLC )
 )
 )  Chapter: 11
 )  Honorable David D. Cleary
 )
 )
Debtor(s) )

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

This matter coming before the court on the motion of EH National Bank ("Creditor") for relief from the automatic stay, IT IS ORDERED:

1. The motion is granted. The stay is modified so as not to restrain Creditor from pursuing case number 2018-CH-04570 in the Circuit Court of Cook County including its in rem non-bankruptcy remedies as to real estate commonly known as 1600 Hicks Road in Rolling Meadows, Illinois as well as any remedies against non-debtor defendants in that case.

2. The stay in Rule 4001(a)(3) does not apply to this order.

Enter:  *David D. Cleary* (signature)

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  November 30, 2022

**Prepared by:**

William J. Factor (6205675)
Ariane Holtschlag (6294327)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 878-4830
Fax: (847) 574-8233
Email: aholtschlag@wfactorlaw.com